

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00733-CV

**B. ANDREW GAME DMD, LLC** and Bryan A. Game,
Appellants

v.

**BREAKAWAY PRACTICE, LLC**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI06878
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting: Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice
    Irene Rios, Justice

Delivered and Filed: July 5, 2023

DISMISSED

Appellants moved to dismiss this appeal. Appellee has not objected to the motion. Appellant's motion is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (en banc) (per curiam).

PER CURIAM